[No. 6989-3-III.   Division Three.   October 9, 1986.]

MICHAEL A. SAMS, ET AL, *Respondents,* v. ROBERT B. KEENE, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-2-00564-2, Robert S. Day, J., entered January 31, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 14223-2-I.   Division One.   October 13, 1986.]

WESTERN PROPERTIES–BOTHELL CENTER, *Respondent,* v. MELODY TV & APPLIANCE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-05235-3, Lloyd W. Bever, J., entered January 6, 1984. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Cole and Utter, JJ. Pro Tem.

[No. 16855-0-I.   Division One.   October 13, 1986.]

*In the Matter of the Marriage of* GUADALUPE CORONA ORTIZ, *Respondent, and* ANGEL ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53234, David A. Nichols, J., entered July 6, 1985. *Reversed* and *remanded with instructions* by unpublished opinion per Callow, J. Pro Tem., concurred in by Revelle and Riley, JJ. Pro Tem. Now published at 45 Wn. App. 908.